**No. 59918.**—W. N. Proctor Company *v.* United States, protests 235674–K, etc. (Boston).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of *W. N. Proctor Company* v. *United States* (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.

**No. 59919.**—Nova Chemical Corporation *v.* United States, protest 259714–K (New York).

Opinion by WILSON, J.   An examination of the papers in the case disclosing nothing which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

BEFORE THE SECOND DIVISION, MAY 17, 1956

**No. 59920.**—Schlumberger Well Surveying Corp. *v.* United States, protest 183983–K (Galveston).

Opinion by LAWRENCE, J.   In accordance with oral stipulation of counsel that the merchandise consists of parts, finished or unfinished, wholly or in chief value of metal, of Sample taker guns, which are articles having as an essential feature an electrical element or device; that said merchandise is not suitable for producing, rectifying, modifying, controlling, or distributing electrical energy, or parts of equipment suitable for such use; and that if the entry were now before the collector, it would have been so classified, the claim of the plaintiff was sustained.